■ (A) In the Matter of ETHEL M. SCHMITT v. BOARD OF ZONING APPEALS OF THE TOWN OF HEMPSTEAD, Respondent. (And 16 Other Proceedings) (B) JAMES TRULEY, as Administrator of the Estate of JAMES TRULEY, JR., Deceased, Respondent, v. BLUE LINE TRANSFER CO., INC., Appellant, et al., Defendant. (C) WILCO CONSTRUCTION CORPORATION, Respondent, v. ARON PRYWES, Appellant. (D) LOUIS CUSUMANO, Appellant, v. PITZER TRUCKING Co. et al., Respondents. (E) In the Matter of REAL PROPERTY OWNERS, INC., Respondent. MICHAEL P. GRACE, II, Appellant. (F) ELIZABETH KOLL et al., Respondents, v. CROSS COUNTY HOSPITAL, Appellant.— [In each action] Motion by respondent[s] to dismiss appeal denied, on condition that appellant perfect the appeal[s] and be ready to argue or submit it at the October Term, beginning October 2, 1961; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before September 1, 1961. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ HELEN DALY et al., Respondents, v. FRANK STAMATO & Co., INC., Appellant, et al., Defendant.— Motion by appellant to stay all proceedings, pending appeal, denied. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ (A) LOUIS ENGEL & Co., INC., Respondent, v. ZARET REALTY CORP., Appellant. LOUIS ENGEL & Co., INC., Third-Party Plaintiff, v. IRA A. LOWIN PLUMBING & HEATING SERVICE et al., Third-Party Defendants. CLEARVIEW PAVING CORP., Plaintiff, v. LOUIS ENGEL & Co., INC., Defendant. IRA LOWIN, Doing Business as IRA A. LOWIN PLUMBING & HEATING SERVICE, Plaintiff, v. LOUIS ENGEL & Co., INC., Defendant. (B) HARRY D. MENCHER, Respondent, v. MILTON J. SHUCK, Appellant.— [In each action] Motion by respondent to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the September Term, beginning September 6, 1961; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before August 1, 1961. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ R. F. ERHARDT & SONS, Respondent, v. JOSEPH M. BUCKO et al., Appellants.— Motion by respondent to resettle and amend the order of this court which reversed a judgment of the County Court, Putnam County, and remitted the action for further proceedings. Motion denied. The order of this court dated December 14, 1960 reversed the judgment appealed from and remitted the action to the County Court for further proceedings so that the issues raised by the counterclaim and reply could be disposed of and an appropriate judgment could be entered on the facts found. It was the intent of the order that the County Court should proceed in such manner as might be necessary to comply with it. If, as appears from the affidavits now submitted a new trial is necessary to comply with the order, the action should be retried, and a proper judgment should be entered. The order of this court is sufficient, in its present form, to authorize that procedure, if the County Court shall decide that it is necessary so to proceed. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.